CLD-113                                                                                  **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-4166
_____

IN RE: FREDERICK H. BANKS,
                                        Petitioner
_____

On a Petition for Writ of Mandamus
_____

Submitted Pursuant to Fed. R. App. Pro. 21
January 26, 2017

Before:  FISHER, SHWARTZ and GREENBERG, Circuit Judges

(Opinion filed: January 31, 2017)
_____

OPINION[*]
_____


PER CURIAM

        Petitioner, Frederick Banks, a federal prisoner at FCI-Butner, filed a document

entitled "Petition for a Writ of Mandamus Against the Federal Bureau of Prisons."  For

the following reasons, we will dismiss the petition for lack of jurisdiction.

        In his petition, Banks complains that an odor coming from the prison's Food

Service Department's kitchen, which prison staff allegedly stated is emanating from the

_____

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

sewer, is making him "violently ill." Banks seeks an order directing FCI-Butner, its Warden, and the Bureau of Prisons (BOP) "to repair or replace and correct the problems and pay damages to Banks."

We lack jurisdiction to grant the relief requested. The All Writs Act allows the issuance of writs "necessary or appropriate in aid of" our jurisdiction. 28 U.S.C. § 1651. We are bound by the extent of our "subject-matter jurisdiction over the case or controversy." United States v. Denedo, 556 U.S. 904, 911 (2009). As Banks asks, essentially, that we "compel an officer or employee of the United States or [an] agency thereof to perform a duty" he alleges is owed to him, original jurisdiction is vested in the District Court, not with us. See 28 U.S.C. § 1361; see also Massey v. United States, 581 F.3d 172, 174 (3d Cir. 2009) (where "a statute specifically addresses the particular issue at hand, it is that authority, and not the All Writs Act, that is controlling").

Accordingly we will dismiss the petition for writ of mandamus.